BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8977
    Facsimile: (415) 744-0134
    E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GIBSON LEMONS, JR.,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:15-cv-01214-CKD (TEMP)<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to file her answer and the certified administrative record be extended to and including February 1, 2016.  This is Defendant's first request for an extension of time.  Due to an inadvertent processing error when this case was first received, Defendant needs additional time to produce the certified administrative record which will be utilized by both parties in this case.

    The parties further stipulate that the remaining dates in the Court's Scheduling Order shall be modified accordingly.

Defense counsel apologizes to the Court and to Plaintiff for any inconvenience caused by this delay.

Respectfully submitted,

Dated:  December 1, 2015   */s/ Lynn M. Harada for Shanny J. Lee*
(*as authorized via email on 12/1/15)
SHANNY J. LEE
Attorney for Plaintiff

Dated: December 1, 2015   BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:   /s/  Lynn M. Harada
LYNN M. HARADA
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER:

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  December 3, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

BVD/lemons1214.stip.eot.ord.docx