Shanny J. Lee, Calif. Bar No. 213599
Law Office of Charles E. Binder
and Harry J. Binder, LLP
Attorneys for Plaintiff
485 Madison Avenue, Suite 501
New York, NY 10022
(212)-677-6801
Fax (646)-273-2196
Fedcourt@binderlawfirm.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GIBSON LEMONS, JR., | ) No. 2:15-cv-1214-DB |
| | ) |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **AWARDING ATTORNEY FEES** |
| | ) **UNDER THE EQUAL ACCESS TO** |
| | ) **JUSTICE ACT, PURSUANT TO** |
| NANCY A. BERRYHILL, | ) **28 U.S.C. § 2412(d), AND COSTS,** |
| Acting Commissioner of Social | ) **PURSUANT TO 28 U.S.C. § 1920** |
| Security, | ) |
| | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FIVE THOUSAND SIX HUNDRED DOLLARS ($5,600.00), and costs under 28 U.S.C. § 1920, in the amount of FOUR HUNDRED DOLLARS ($400.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 2412(d), 1920.

After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), the ability to honor the assignment will depend on whether the fees and expenses are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees and expenses is entered, the government will determine whether they are subject to any offset.

Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees and expenses to be made directly to Plaintiff's counsel, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel. A true and correct copy of the Retainer Agreement and Assignment is attached hereto as Exhibit "A."

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the provisions of the EAJA.

Respectfully submitted,

Dated: May 30, 2017     LAW OFFICES OF HARRY J. BINDER
                        AND CHARLES E. BINDER, P.C.


                        By:   */s/ Shanny Lee*
                              Shanny Lee
                              Attorney for Plaintiff



Dated: May 30, 2017


                        By:   */s/ Richard Rodriguez*
                              Richard Rodriguez
                              Special Assistant United States Attorney

                              Attorneys for Defendant


## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.


Dated:  June 6, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE


DLB:6
DB\orders\orders.soc sec\lemons1214.stip.eaja.ord

3